**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: CONDEMNATION BY THE : No. 55 EAL 2016
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
OF RIGHT-OF-WAY FOR STATE ROUTE : Petition for Allowance of Appeal from
0095, SECTION BSR, IN THE CITY OF : the Order of the Commonwealth Court
PHILADELPHIA :
:
:
:
PETITION OF: ROW-ROW, LLC :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.